United States District Court
Southern District of Texas
**ENTERED**
June 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| MARGARITA ESCALANTE DIAZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-CV-1126 |
| | § | |
| ORLANDO PEREZ, *Warden of Rio Grande Processing Center* | § | |
| | § | |
| | § | |
| Respondent. | § | |

**ORDER**

Upon due consideration of the United States of America's Opposed Motion to Intervene, (Dkt. No. 8), the Motion is hereby **GRANTED** and the United States of America's Response to the Petition for Writ of Habeas Corpus and Motion for Summary Judgment, (Dkt. No. 9), is now Respondents' live pleading.

The Clerk of Court is **DIRECTED** to mail Petitioner a copy of this Order and a copy of Docket Entries No. 8 and No. 9 by any receipted means to the following address:

Margarita Escalante Diaz
A#: 221-354-775
Laredo Processing Center
4702 E. Saunders
Laredo, TX 78041

IT IS SO **ORDERED**.

**SIGNED** on June 29, 2026.

Brian C. Bajew
United States Magistrate Judge